PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** JOHNSON, Tariq  **Docket Number:** 07-00381-001
  **PACTS Number:** 46780

**Name of Sentencing Judicial Officer:** Honorable Dickinson R. Debevoise, Sr. U.S.D.J.

**Date of Original Sentence:** 01/22/2008

**Original Offense:** Distribution of Five Grams or More of Cocaine Base (Count One) and Dealing Firearms Without a License (Count Two)

**Original Sentence:** 60 months imprisonment followed by five years supervised release - to be served concurrently; $200 special assessment. Special conditions: 1) drug testing/treatment; 2) financial disclosure; and 3) no street-gang association.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 04/13/2012

**Assistant U.S. Attorney:** David Malagold, 970 Broad Street, Room 502, Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** To be assigned

---

## PETITIONING THE COURT

[X] To issue a warrant to act as a detainer
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states '**You shall report to the Probation Officer as directed by the Court or Probation Officer, and shall submit a truthful and complete written report within the first five days of each month.**'<br><br>Johnson failed to report to the Probation Office as directed on June 25, 2012 and September 4, 2012. In addition, he failed to submit a monthly written report for June 2012 and July 2012. |

2    The offender has violated the special supervision condition which states '**You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Office shall supervise you compliance with this condition.**'

On August 8, 2012, the offender submitted a urine specimen which tested positive for marijuana.

3    The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On September 4, 2012, Johnson was arrested by Newark, New Jersey Police Department and charged with multiple weapon-related offenses, receiving stolen property, and burglary. According to investigative reports, during a foot pursuit, he entered a dwelling and discarded two (2) loaded handguns and additional ammunition. The case is pending disposition within New Jersey Superior Court, Essex County. Federal prosecution may be considered.

4    The offender has violated the mandatory supervision condition which states '**The defendant shall not possess a firearm or destructive device. Probation must be revoked for possession of a firearm.**'

As detailed in Violation #3, Johnson, a convicted felon, unlawfully possessed a firearm.

5    The offender has violated the mandatory supervision condition which states '**As a condition of supervision, you are instructed to pay a special assessment in the amount of $200 (total); it shall be paid immediately upon sentencing.**'

This financial obligation remains outstanding with a balance of $50. Moreover, the offender has made no payments since commencing supervision.

I declare under penalty of perjury that the foregoing is true and correct.

By: Joseph Empirio, U.S.P.O.

*Joseph Empirio*
Joseph Empirio
2012.09.06 23:32:31
-04'00'

Date: 09/06/2012

THE COURT ORDERS:

[X] The Issuance of a Warrant to Act as a Detainer within Essex County Jail and Bail Revoked
[ ] The Issuance of a Summons
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

Sept. 11, 2012
Date